# NO. 12-10-00370-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ANDREW BUTLER,*<br>*APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH  COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant pleaded guilty to possession of a controlled substance in a drug free zone.  We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal.  *See* TEX. R. APP. P. 25.2(d).  The certification is signed by Appellant and his trial counsel.  Accordingly, the appeal is ***dismissed for want of jurisdiction***.

Opinion delivered November 10, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)